UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEROME WHITE HORSE, JR.,<br><br>Defendant. | 3:20-CR-30058-RAL<br><br>**OPINION AND ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTION TO SUPPRESS** |

Defendant Jerome White Horse, Jr., moved to suppress statements he made from use at trial. Doc. 105. Magistrate Judge Mark A. Moreno issued a report and recommendation on February 11, 2021, recommending that White Horse's motion be denied. Doc. 115.

This Court reviews a report and recommendation pursuant to the statutory standards found in 28 U.S.C. § 636(b)(1), which provides in relevant part that "[a] judge of the [district] court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." However, "[i]n the absence of an objection, the district court is not required 'to give any more consideration to the magistrate's report than the court considers appropriate.'" United States v. Murillo-Figueroa, 862 F. Supp. 2d 863, 866 (N.D. Iowa 2012) (quoting Thomas v. Arn, 474 U.S. 140, 150 (1985)).

White Horse has not objected to the report and recommendation and the fourteen days for doing so has now passed.

Accordingly, it is hereby

1

ORDERED that the Report and Recommendation for Disposition of Motion to Suppress, Doc. 115, is adopted. It is further

ORDERED that White Horse's Motion to Suppress, Doc. 105, is denied.

DATED this 1st day of March, 2021.

BY THE COURT:

_____
ROBERTO A. LANGE
CHIEF JUDGE